# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| CT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-5731 |
| v. | ) | |
| | ) | Hon. Virginia M. Kendall |
| THE PARTNERSHIPS AND | ) | Hon. Sunil R. Harjan, Magistrate Judge |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL
## OF CERTAIN DEFENDANTS

Plaintiff CT, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: kmiseau (84), kmiseuk (85), kmiseus (86) lotmusic_uk (90), purestore168 (92), superistore (97) (collectively, "Settling Defendants"), with prejudice. CT, INC. is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 40(a)(1) is therefore appropriate.

Dated: December 8, 2021

Respectfully submitted,

CT, INC.

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874