IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| CT, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-5731 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. Virginia M. Kendall |
| THE PARTNERSHIPS AND | ) | Hon. Sunil R. Harjan, Magistrate Judge |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A", | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff CT, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: 2013bestbuybest (66) andwind (68) brachmag (71) colortop9 (73) cpthreego (75) hsskbdfn_0 (82) siyanlei-6 (95) sold-eassy (96) wenhaisi6 (101) wishes50 (102) (collectively, "Settling Defendants"), with prejudice. CT, INC. is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 40(a)(1) is therefore appropriate.

                                                      Respectfully submitted,

Dated: January 14, 2022                    CT, INC.

                                                      By: /s/ James E. Judge

                                                      Zareefa B. Flener (IL Bar No. 6281397)
                                                      James E. Judge (IL Bar No. 6243206)
                                                      Flener IP Law, LLC
                                                      77 W. Washington St., Suite 800
                                                      Chicago IL 60602
                                                      jjudge@fleneriplaw.com
                                                      (312) 724-8874