IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| CT, INC. | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-5731 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. Virginia M. Kendall |
| THE PARTNERSHIPS AND | ) | Hon. Sunil R. Harjan, Magistrate Judge |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED IN SCHEDULE "A", | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff CT, INC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendant(s): DINGGUANGHE-US (45) (collectively, "Settling Defendants"), with prejudice. CT, INC. is dismissing Settling Defendant(s) because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 40(a)(1) is therefore appropriate.

|  |  |
|---|---|
| DATED: January 22, 2022 | Respectfully submitted,<br><br>CT, INC.<br><br>By: /s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |